**Guyton THOMAS, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. ED102453**

Missouri Court of Appeals,
Eastern District,
**DIVISION ONE.**

FILED: September 8, 2015

Amy Faerber, 1010 Market St., Ste. 1100, St. Louis, MO 63101, for Appellant.

Chris Koster, Karen L. Kramer, P.O. Box 899, Jefferson City, Missouri 65102, for Respondent.

Before Robert G. Dowd, Jr., P.J., Mary K. Hoff, J., and Roy L. Richter, J.

## ORDER

### PER CURIAM

Guyton Thomas ("Movant") appeals from the denial of his Rule 29.15 post-conviction relief motion without an evidentiary hearing. After a jury trial, Movant was found guilty of one count of unlawful use of a weapon, in violation of Section 571.030, RSMo (2000).[1] Movant was sentenced as a prior and persistent offender

1. Movant was also found not guilty of first-

to seven years in prison. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).

degree murder and armed criminal action.